IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**DANIEL WESLEY BRADBERRY,**<br><br>*Defendant.* | Case No. **CR 15-011-JHP**<br><br>**FILED**<br><br>MAR 10 2015<br><br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk |

INDICTMENT

The Federal Grand Jury charges:

COUNT ONE

MAILING THREATENING COMMUNICATION
[18 U.S.C. § 876(c)]

On or about February 12, 2014, in the Eastern District of Oklahoma, the Defendant, **DANIEL WESLEY BRADBERRY**, did knowingly and willfully cause to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to Roger Barnett, P.O. Box 580, Okmulgee, OK 74447, containing a powdery substance and threat to injure, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

MARK F. GREEN
United States Attorney

_____
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY