IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 1 9 2015

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

*Plaintiff,*

v.                                                    Case No. CR-15-011-JHP

DANIEL WESLEY BRADBERRY,

*Defendant.*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the plaintiff, United States of America, by and through United States

Attorney Mark F. Green and Christopher J. Wilson, Assistant United States Attorney, and in the

best interest of justice hereby dismisses without prejudice the Indictment as to the defendant,

**DANIEL WESLEY BRADBERRY**, pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure.

Respectfully submitted,

MARK F. GREEN
United States Attorney

Christopher J. Wilson, OBA# 13801
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
chris.wilson @usdoj.gov

LEAVE GRANTED FOR FILING:

JAMES H. PAYNE
United States District Judge